No. 1098, Misc. LITTERIO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1108, Misc. KETCHUM *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1113, Misc. FLORES *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Floyd Duke James* for petitioner.

No. 1115, Misc. WASHINGTON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 1116, Misc. BIRCH *v.* NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 1117, Misc. HAMLIN *v.* WILSON ET AL. Supreme Court of California. Certiorari denied.

No. 1121, Misc. TAPIA *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 1122, Misc. FERRARO *v.* CONNECTICUT. Supreme Court of Errors of Connecticut. Certiorari denied.

No. 1179, Misc. SPENCER *v.* FLORIDA. Supreme Court of Florida. Certiorari denied.